JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 4803

| | |
|---|---|
| JAMES ALFRED CROWDER, and SHIRLEY ANN CROWDER, <br><br> Plaintiff, <br><br> -v- <br><br> GENERAL ELECTRIC COMPANY, ET AL. <br><br> Defendant. | Case No. _____ <br><br> Rule 7.1 Statement |

RECEIVED MAY 22 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

GENERAL ELECTRIC COMPANY                      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

General Electric Company is a publicly held entity. General Electric Company has no parent corporation and no publicly held corporation owns more than 10% of its stock.

**Date:** May 22, 2008

**Signature of Attorney**
Michael A. Tanenbaum

**Attorney Bar Code:** _____

Form Rule7_1.pdf  SDNY Web 10/2007