UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JAMES ALFRED CROWDER and
SHIRLEY ANN CROWDER,

                          Plaintiffs,                  Civil Action No. 08 CV 4803 (DLC)

    - against -

                                                       **NOTICE OF MOTION**
                                                       **TO REMAND**

GENERAL ELECTRIC COMPANY, *et al.,*

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      PLEASE TAKE NOTICE that based upon–and for the reasons set forth in–Plaintiff's Memorandum of Law in Support of Plaintiffs' Motion to Remand, and the Declarations of Jerome H. Block, and the Exhibits thereto, all of which are filed simultaneously herewith and adopted and incorporated herein, the undersigned counsel for Plaintiffs James Alfred Crowder and Shirley Ann Crowder hereby moves this Court, pursuant to 28 U.S.C. § 1447 (c) for an Order remanding this case to State court (Supreme Court, New York County) and for all other relief deemed just and proper.

Dated:  New York, New York
          June 4, 2008                                    Respectfully submitted,

                                                         LEVY PHILLIPS & KONIGSBERG, LLP
                                                         *Attorneys for Plaintiff*

                                                            /s/
                                                     Jerome H. Block (JB-5411)
                                                     800 Third Avenue, 13th Floor
                                                     New York, New York  10022
                                                     (212) 605-6200

00119169.WPD