UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JAMES ALFRED CROWDER and
SHIRLEY ANN CROWDER,

                Plaintiffs,

   - against -

GENERAL ELECTRIC COMPANY, *et al*,

                Defendants.

------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

Civil Action No. 08 CV 4803 (DLC)

**STIPULATION AND ORDER
OF REMAND**

WHEREAS, Defendant General Electric Company ("GE") has removed this action; and

WHEREAS, Plaintiffs have filed a motion for remand; and

WHEREAS, Defendant GE has withdrawn its opposition to Plaintiffs' remand motion; and

WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

00121103.WPD

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiffs and GE that this action shall be remanded to the State Court where it was originally filed

Dated: June 25, 2008

_____
Robert I. Komitor, Esq.
Levy Phillips & Konigsberg
800 Third Ave
13th Floor
New York, NY 10022
Counsel for Plaintiffs James Alfred and Shirley Ann Crowder

_____
Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Counsel for General Electric Company

SO ORDERED: The Clerk of Court shall close the case and terminate any pending motions.

_____
DENISE L. COTE
United States District Court Judge

Dated: June 26, 2008

00121103.WPD                                    -2-